DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DARION LEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0834

————————————————

October 1, 2025

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Blair Allen, Public Defender, and David A. Davis, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.